IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES, for the use and benefit of METROPOWER, INC. d/b/a COLUMBUS POWER,<br><br>Claimant,<br><br>v.<br><br>DARWIN NATIONAL ASSURANCE COMPANY d/b/a ALLIED WORLD INSURANCE COMPANY and GSC CONSTRUCTION, INC.,<br><br>Respondents. | *<br>*<br>  Case No. 4:18-cv-35 (CDL)<br>*<br>*<br>*<br>*<br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 18, 2019 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Claimant and against Respondents, jointly and severally, in the amount of $56,678.00. The amount shall accrue interest from the date of entry of judgment at the rate of 1.97% per annum until paid in full. Claimant shall also recover costs of this action.

This 18th day of July, 2019.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk